RECEIVED
IN LAKE CHARLES, LA
SEP 13 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HATTIE WASHINGTON | : | DOCKET NO. 04 CV 2279 |
| VS. | : | JUDGE MINALDI |
| AMERICAN HOME ASSURANCE COMPANY, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

After an independent review of the record, a review of the Report and Recommendation prepared by the Magistrate Judge, a *de novo* determination of the issues and consideration of the objections filed herein,

IT IS ORDERED that the case be REMANDED to the 33rd Judicial District Court for the Parish of Allen, State of Louisiana.

Lake Charles, Louisiana, this ___ day of September, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT